UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL JAFAIN HARRIS, CDCR # BG-5649,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>FIDENCIO GUZMAN, G. ESCOBEDO, JOHN DOE, JANE DOE,<br><br>　　　　　　　　　Defendants. | Case No.: 3:24-cv-1370-TWR-DDL<br><br>**ORDER DISMISSING CIVIL ACTION FOR (1) FAILURE TO STATE A CLAIM PURSUANT TO 28 U.S.C. §§ 1915(e)(2) AND 1915A(b), AND (2) FAILURE TO PROSECUTE**<br><br>(ECF No. 5) |

On August 8, 2024, Plaintiff Daniel Jafain Harris, a state inmate proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983, (*see* ECF No. 1), along with a motion to proceed *in forma pauperis* ("IFP"), (*see* ECF No. 2). The Court granted Plaintiff's IFP request and dismissed the complaint without prejudice for failure to comply with Federal Rule of Civil Procedure 8 and failure to state a claim. (*See generally* ECF No. 5 ("Order").) In the same Order, the Court granted Plaintiff leave to file an amended complaint and cure the pleading deficiencies identified in the Court's dismissal Order within 45 days, or by February 28, 2025. (*See id.* at 5–10.) Plaintiff was also explicitly cautioned that failure timely to respond to the Court's dismissal Order by filing an amended

complaint would result in the Court issuing a final order dismissing the action. (*See id.* at 11.)

As of the date of this Order, the Court has received no amended complaint or communication from Plaintiff. (*See generally* Docket.) "The failure of plaintiff . . . to respond to the court's ultimatum—either by amending the complaint or by indicating to the court that [he] will not do so—is properly met with the sanction of a Rule 41(b) dismissal." *Edwards v. Marin Park*, 356 F.3d 1058, 1065 (9th Cir. 2004); *Henderson v. Duncan*, 779 F.2d 1421, 1423 (9th Cir. 1986) (the court has discretion to *sua sponte* dismiss a case for lack of prosecution or failure to comply with a court order); *see also* Fed. R. Civ. P. 41(b) (providing for involuntary dismissal for failure to prosecute or comply with the federal rules or court order).

Accordingly, the Court **DISMISSES** this civil action in its entirety based on Plaintiff's failure to state a plausible § 1983 claim and his failure to prosecute this action. The Court **DIRECTS** the Clerk to enter a final judgment of dismissal and close the file.

**IT IS SO ORDERED.**

Dated: March 26, 2025

_____
Honorable Todd W. Robinson
United States District Judge